IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
LETTER OF REQUEST FOR ) Misc. No. 08-22
INTERNATIONAL JUDICIAL ASSISTANCE )
FROM THE DISTRICT COURT OF )
PRATTIGAU/DAVOS, SWITZERLAND )

**ORDER**

Upon application of the United States of America, on behalf of the District Court of Prattigau/Davos, Switzerland, seeking testimony from William K. Mearkle, who resides within the jurisdiction of this Court, for use in a judicial proceeding in Switzerland, and the Court having read the Letter of Request from the District Court in Switzerland, and being fully informed in the premises, it is hereby

ORDERED, pursuant to the authority contained in Section 1782, Title 28, United States Code, that Assistant United States Attorney Jessica Lieber Smolar be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain William K. Mearkle's testimony in conformity with the Letter of Request; to certify the answers given by William K. Mearkle in response thereto; to submit said certified answers to the United States Attorney for the District of Western Pennsylvania for transmission to the United States Department of Justice; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED: 1/24/08

UNITED STATES DISTRICT JUDGE